| | |
|---|---|
| 1 | ALICIA A.G. LIMTIACO |
| | United States Attorney |
| 2 | MIKEL W. SCHWAB |
| | Assistant U.S. Attorney |
| 3 | JESSICA F. CRUZ |
| 4 | Assistant U.S. Attorney |
| | Sirena Plaza, Suite 500 |
| 5 | 108 Hernan Cortez Avenue |
| | Hagåtña, Guam 96910 |
| 6 | PHONE: (671) 472-7332 |
| | FAX: (671) 472-7215 |
| 7 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| PAUL F. CANNON, | CIVIL CASE NO. 13-00008 |
| Plaintiff, | |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL** |
| UNITED STATES OF AMERICA, JOHN DOE INSURANCE CARRIER TO BE NAMED AFTER DISCOVERY, and DOES 1-10, Inclusive, | |
| Defendants. | |

COME NOW, the parties, by and through their undersigned counsel, and hereby move

the Court to dismiss this case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

\\

\\

\\

\\

\\

\\

| 1 | Procedure and a settlement agreement reached between the Parties (ECF No. 13-1). Each party
| 2 | shall bear its own costs and fees, including attorneys' fees.
| 3 |     SO STIPULATED:

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and the NMI

Date: 10/14/14     By: _____
MIKEL W. SCHWAB
JESSICA F. CRUZ
Assistant U.S. Attorneys
*Attorneys for the United States of America*

LAW OFFICES OF MARK WILLIAMS, P.C.

Date: 10/9/14     _____
MARK E. WILLIAMS, ESQ.
*Attorney for Plaintiff Paul F. Cannon*